# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| LOWERY D. PERKINS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:07-0123 |
| ) | Judge Nixon |
| MICHAEL J. ASTRUE, ) | Magistrate Judge Brown |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court are Defendant's Motions to Dismiss for Lack of Jurisdiction ("Motions") (Doc. Nos. 11 and 15). Plaintiff has not filed any Response in Opposition to the Motions. Magistrate Judge Brown has issued a Report and Recommendation (Doc. No. 18) that Defendant's Motions to Dismiss for Lack of Jurisdiction be granted. No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Defendant's Motions to Dismiss for Lack of Jurisdiction. Thus, the case

in its entirety is **DISMISSED WITH PREJUDICE**.

It is so ORDERED.

Entered this the _____ day of _____, 2007.


_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT